ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Federal Respondents

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL BUSTOS-ALONSO,<br><br>　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER CHESTNUT,<br><br>　　Respondent. | Case No.:　1:25-cv-01570-DJC-AC (HC)<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE; ORDER** |

　　On November 21, 2025, the Court entered an order granting Petitioner's motion for a temporary restraining order and ordering that Respondents and all their officers, agents, servants, employees, attorneys, and persons acting on their behalf in concert or in participation with them are immediately enjoined from removing or deporting Petitioner Rafael Bustos-Alonso from the United States. ECF No. 11. As part of the order, the Court ordered Respondents to show cause on or before December 1, 2025, as to why this Court should not issue a preliminary injunction on the same terms as the November 21, 2025 Order. *Id*. On or before December 3, 2025, Petitioner may file a further Reply. *Id*.

The parties have met and conferred and agree that the deadline for each party to respond to their respective deadline shall be extended.

Accordingly, IT IS HEREBY STIPULATED, that:

　　1.　　The temporary restraining order contained in ECF No. 11 shall remain in effect until the Court enters a further order.

2. Respondents shall show cause on or before December 5, 2025 as to why this Court should not issue a preliminary injunction on the same terms as this Order.

3. Petitioner may file a further Reply on or before December 12, 2025.

4. All other terms of the Court's November 21, 2025 shall remain in effect until further Court order.

IT IS SO STIPULATED.

Dated: November 28, 2025  By:  ERIC GRANT
United States Attorney

*/s/ Brendon L.S. Hansen*
BRENDON L.S. HANSEN
Assistant United States Attorney

Attorneys for Federal Respondents

Dated: November 28, 2025  By:  CAL COLLABORATIVE FOR IMMIGRANT JUSTICE

*/s/ Sasha R. Novis (auth. 11/28/2025)*
SASHA R. NOVIS, ESQ.

Attorneys for Petitioner

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATEMENT**

By the parties' agreement, the deadline for Respondents to respond to the order to show cause and for Petitioner to file a Reply, if any, is extended. Respondents are ordered to show cause on or before December 5, 2025, as to why this Court should not issue a preliminary injunction on the same terms as the Court's November 21, 2025 Order. On or before December 12, 2025, Petitioner may file a further Reply. All other terms of the Court's November 21, 2025 shall remain in effect until further Court order.

IT IS SO ORDERED.

Dated:  December 1, 2025          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE