SASHA NOVIS, SBN 330683
California Collaborative for Immigrant Justice
1999 Harrison Street, Suite 1800
Oakland, CA 94612
T: (510) 860-3114
F: (415) 840-0046
Email: sasha@ccijustice.org

*Pro Bono Counsel for Petitioner*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL BUSTOS-ALONSO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>　　　　Respondents. | CASE NO. 1:25-CV-01570-DJC-AC (HC)<br><br>**STIPULATION TO EXTENDED DEADLINE FOR PETITIONER'S REPLY BRIEF PURSUANT TO FRCP 6(B)(1)(B)** |

On November 21, 2025, the Court entered an order granting Petitioner's motion for a Temporary Restraining Order and ordering that Respondents and all their officers, agents, servants, employees, attorneys, and persons acting on their behalf in concert or in participation with them are immediately enjoined from removing or deporting Petitioner Rafael Bustos-Alonso from the United States. ECF No. 11. As part of the order, the Court ordered Respondents to show cause on or before December 1, 2025, as to why this Court should not issue a preliminary injunction on the same terms as the November 21, 2025 Order. *Id.* On or before December 3, 2025, Petitioner was permitted to file a further Reply. *Id.* On November 28, 2025, both parties stipulated to a new briefing schedule. ECF No. 12. On December 1, 2025, the court agreed to extend Respondents' deadline to December 5, 2025, and Petitioner's deadline to December 12, 2025. ECF No. 13. The Court issued a further order on December 8, 2025, extending the Temporary Restraining Order until December 19, 2025 at 5:00 p.m., unless otherwise ordered. ECF No. 15.

Regretfully, Petitioner experienced technical issues and uploaded the Reply brief and attachments shortly after the deadline of December 12, 2025 at midnight. ECF Nos. 14, 15. The Reply brief was delayed by approximately 6 minutes and the supporting exhibits were delayed by approximately 30 additional minutes. *Id.*

Federal Rule of Civil Procedure ("FRCP") 6(b)(1)(B) dictates that, "the court may, for good cause, extend the time on motion made after the time has expired if the party failed to act because of excusable neglect."

The parties have met and conferred and agree that extending the deadline for Petitioner's Reply brief and attachments is appropriate under FRCP 6(b)(1)(B).

Accordingly, IT IS HEREBY STIPULATED, that:

1. The Court shall accept Petitioner's Reply brief and supporting exhibits which were submitted less than one hour after the December 12, 2025 deadline, and shall extend the deadline for Petitioner's Reply accordingly.

IT IS SO STIPULATED.

Dated: December 14, 2025        CALIFORNIA COLLABORATIVE FOR
                                       IMMIGRANT JUSTICE

By:    */s/ Sasha Novis*
        SASHA NOVIS

Pro Bono Attorney for Petitioner

ERIC GRANT
UNITED STATES ATTORNEY

By:    */s/ Brendon L.S. Hansen (authorized 12/13/2025 6:35pm)*
        BRENDON L.S. HANSEN
        Assistant United States Attorney

Attorneys for Federal Respondents

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PETITIONER'S REPLY BRIEF**

By the parties' agreement, the Court shall accept the Reply brief and supporting exhibits that Petitioner filed shortly after December 12, 2025 at midnight. The deadline for Petitioner's Reply is extended accordingly. All other terms of the Court's November 21, 2025 and December 8, 2025 orders shall remain in effect until further Court order.

IT IS SO ORDERED.

Dated:  December 15, 2025         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE