ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Federal Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAFAEL BUSTOS-ALONSO, | CASE NO. 1:25-CV-01570-DJC-AC (HC) |
|---|---|
| Petitioner, | **STIPULATION TO EXTEND BRIEFING SCHEDULE; [PROPOSED] ORDER** |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

On December 30, 2025, the Federal Respondents submitted a proposed briefing schedule regarding the outstanding habeas petition based on a temporary inability to communicate with Petitioner's counsel. On January 2, 2026, the Court generally adopted the briefing schedule. ECF No. 26. Since that time, counsel have met and conferred and jointly request that the Court extend the current briefing schedule. Good cause exists to extend the briefing schedule so that the parties can meet and confer to determine if this matter is now moot.

Accordingly, IT IS HEREBY STIPULATED, the current briefing schedule be extended by about thirty days as follows:

1.      Respondents shall answer/respond to petitioner's habeas corpus petition by February 20, 2026.

2.      Petitioner may file a traverse/opposition by March 6, 2026.

STIPULATION; [PROPOSED] ORDER

1

3.     If Respondents file a motion rather than an answer, Respondents may file a reply by March 20, 2026.

IT IS SO STIPULATED.

Dated:  January 9, 2026

ERIC GRANT
United States Attorney

By:  */s/ Brendon L.S. Hansen*
BRENDON L.S. HANSEN
Assistant United States Attorney

Attorneys for Federal Respondents

Dated:  January 9, 2026

CAL COLLABORATIVE FOR
IMMIGRANT JUSTICE

By:  */s/ Sasha R. Novis (auth. 1/9/2026)*
SASHA R. NOVIS, ESQ.

Attorneys for Petitioner

STIPULATION; [PROPOSED] ORDER

2

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE**

By the parties' agreement, and good cause appearing, the Court extends the briefing schedule regarding the habeas corpus petition as follows:

1.    Respondents shall answer/respond to petitioner's habeas corpus petition by February 20, 2026.

2.    Petitioner may file a traverse/opposition by March 6, 2026.

3.    If Respondents file a motion rather than an answer, Respondents may file a reply by March 20, 2026.

4.    All other terms contained within the Court's minute order in Dkt. 26 remain unchanged.

IT IS SO ORDERED.

Dated:  January 12, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION; [PROPOSED] ORDER                    3